UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NATHANIEL C. BLACKER,                                  Case No. 1:09-cv-346

              Plaintiff,                               Beckwith, J.
                                                       Black, M.J.
     vs.

DR. JOHN R. DESMARIAS, *et al.*,

              Defendants.


**REPORT AND RECOMMENDATION**[1] **THAT PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT (Doc. 19) BE DENIED**

        This civil action is before the Court on Plaintiff's motion for default judgment
(doc. 19) as to Defendant Dr. Vickki Owens.  Plaintiff asserts that Defendant Owens has
not timely responded to the complaint and, therefore, that default judgment is warranted.

        The procedure governing the entry of default is provided by Fed. R. Civ. P. 55(a),
which states in pertinent part:

        When a party against whom a judgment for affirmative relief is sought has
        failed to plead or otherwise defend as provided by these rules and that fact
        is made to appear by affidavit or otherwise, the clerk shall enter the party's
        default.

        Here, however, Plaintiff has not properly served Dr. Vickki Owens with a
summons and a copy of the complaint as required by law.  According to counsel for
Defendant, Plaintiff Blacker attempted to serve Dr. Owens with a copy of the complaint
and summons at 770 W. Broad St., Columbus, Ohio 43222 by certified mail.  An
individual by the name of Les Jackson signed for delivery of this complaint and summons
on July 6, 2009.  However, Dr. Owen has not been under contract with the Ohio
Department of Rehabilitation and Correction (ODRC) since January 8, 2009, and has
never worked at 770 W. Broad St., Columbus, Ohio 43222.  (*See* Doc. 21, Affidavit of
Kelly Sanders, Fiscal Officer, Bureau of Medical Services, ODRC).  Thus, Dr. Owens has

---

        [1] Attached hereto is a NOTICE to the parties regarding objections to this Report and
Recommendation.

not been personally served.

Accordingly, Dr. Owens has not failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure because she has not been properly served. Thus, pursuant to Fed. R. Civ. P. 55(a), entry of default judgment is improper. Accordingly, it is therefore **RECOMMENDED** that Plaintiff's motion for default judgment (Doc. 19) be **DENIED.**

**DATE:** February 1, 2010        s/Timothy S. Black
                                                Timothy S. Black
                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NATHANIEL C. BLACKER,                                         Case No. 1:09-cv-346

                    Plaintiff,                               Beckwith, J.
                                                             Black, M.J.
          vs.

DR. JOHN R. DESMARIAS, *et al.*,

                    Defendants.


## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written

objections to this Report & Recommendation ("R&R") within **14 DAYS** of the filing date

of this R&R.  That period may be extended further by the Court on timely motion by

either side for an extension of time.  All objections shall specify the portion(s) of the

R&R objected to, and shall be accompanied by a memorandum of law in support of the

objections.  A party shall respond to an opponent's objections within **14 DAYS** after

being served with a copy of those objections.  Failure to make objections in accordance

with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140

(1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).