```
                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF OHIO
                        WESTERN DIVISION
```

Nathaniel C. Blacker,            :   Case No. 1:09-cv-346
                                 :
    Plaintiff,                   :
                                 :
vs.                              :
                                 :
Dr. John R. Desmarias, et al,    :
                                 :
    Defendants.                  :

**ORDER**

    The Magistrate Judge issued a report and recommendation on May 27, 2010.  (Doc. 49) In that Report, the Magistrate Judge recommends that Plaintiff's motion for joinder of additional parties be denied.

    Plaintiff's motion sought leave to add Dr. Morford, a physician at the Southern Ohio Correction Facility, and the Ohio Department of Rehabilitation and Corrections.  The Magistrate Judge concluded that Plaintiff's claims concerning these additional parties do not arise out of the same events and occurrences giving rise to his current complaint in this case, Dr. Owen's discontinuance of his prescription medications.  Plaintiff has not objected to the Magistrate Judge's recommendation.

    The Court has reviewed the record de novo and agrees with the Magistrate Judge's recommendation.  Therefore, for good cause

-1-

shown, the Court adopts the Report in full.  Plaintiff's motion for joinder (Doc. 16) is denied.

    SO ORDERED.

DATED: June 28, 2010                  s/Sandra S. Beckwith
                                    Sandra S. Beckwith
                                    Senior United States District Judge